COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Wayne Eugene Allsup v. The State of Texas

Appellate case number:    01-18-00054-CR

Trial court case number:  CR-16-0695

Trial court:                      22nd District Court of Hays County

On February 5, 2019, this Court issued an order for the Hays County District Clerk to provide appellant with a paper copy of the clerk's record, reporter's record, and any supplemental records within 30 days of the date of the order. This Court also asked in that order for the Hays County Clerk to certify to this Court when appellant received those records. This Court received this certification on March 1, 2019.

On March 18, 2019, appellant's appointed counsel filed a letter, advising this Court that appellant was taken to Hays County for a hearing on a post-conviction writ and that he would not be returned to the McConnell unit where all of his personal belongings were, but would be transferred to the Travis County Jail. Accordingly, counsel asked that we permit appellant additional time to file his pro se response to the *Anders* brief filed by counsel.

On April 30, 2019, appellant filed a notification of a change of address, noting that he was now at the Wayne Scott Unit in Angleton, Texas. Appellant further stated that he is not in possession of the records or belongings at the McConnell Unit and that he needed additional time to file his pro se response.

The Court extends the deadline for appellant's pro se response until June 7, 2019. No further extensions will be granted absent a showing of exceptional circumstances.

It is so ORDERED.

Judge's signature: ____/s/ Justice Peter Kelly____
                            ☒  Acting individually      ☐  Acting for the Court

Date:  _May 7, 2019_____